2004 ND 220

**CITY OF MANDAN, Plaintiff and Appellee**

v.

**Paul J. CORDOVA, Defendant and Appellant.**

**No. 20040147.**

Supreme Court of North Dakota.

Dec. 14, 2004.

Kent M. Morrow (submitted on brief), Bismarck, N.D., for defendant and appellant.

Michelle Ilene Hagel (submitted on brief), Assistant State's Attorney, Mandan, N.D., for plaintiff and appellee.

PER CURIAM.

[¶ 1] Paul J. Cordova appeals from a district court judgment, dated June 9, 2004, affirming a prior municipal court judgment, dated March 17, 2004, finding him guilty of indecent conduct. Cordova argues the district court committed reversible error both when it determined the Mandan Community Center is a public place and when it determined the area where he was witnessed nude is not a changing room or similar facility designated for his sex. We conclude the judgment is supported by substantial evidence. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶ 2] GERALD W. VANDE WALLE, C.J., MARY MUEHLEN MARING, WILLIAM A. NEUMANN, DALE V. SAND-

STROM, CAROL RONNING KAPSNER, JJ., concur.